# EXHIBIT E

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STANLEY A. CAVIENSS** | **CIV ACTION NO.:  3:21-CV-01694-MPS** |
| **Plaintiff,** | |
| **v.** | |
| **NORWALK TRANSIT AUTHORITY** | **SEPTEMBER 19, 2024** |
| **Defendant.** | |

### NORWALK TRANSIT DISTRICT'S REQUESTS FOR ADMISSION TO PLAINTIFF

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant, Norwalk Transit District, hereby asks the Plaintiff, Stanley Cavienss, to respond within thirty (30) days to these requests by admitting, for purposes of this action only and subject to objections to admissibility at trial, the truth of the following matters:

A.  The genuineness of the following documents, copies of which are included:

    1.  The job application included as Exhibit A.

**ANSWER:**


    2.  The job offer letter from Norwalk Transit District, dated August 4, 2021, included as Exhibit B.

**ANSWER:**


    3.  The job description for ADA/Shuttle Driver included as Exhibit C.

**ANSWER**:


    4.  The video camera footage included as Exhibit F.

**ANSWER**:


    5.  The letter from Derrick Clements, dated November 15, 2021, included as

Exhibit G.

**ANSWER**:


    6.  The set of text messages included as Exhibit H.

**ANSWER**:



  B.  The truth of the following statements:

    1.  On or about June 29, 2021, you submitted to Norwalk Transit District an

application for employment.  (*See* Exhibit A.)

**ANSWER**:


    2.  You submitted the application included as Exhibit A.

**ANSWER**:


    3.  You did not state in the application that you had a disability.

**ANSWER**:

4.  You did not state in the application that you had Nervous Tourette's Syndrome.

**ANSWER:**

5.  On August 4, 2021, you were offered the position of Full-Time Driver Trainee with Norwalk Transit District.  (*See* Exhibit B.)

**ANSWER:**

6.  The start date for this position was August 16, 2021.

**ANSWER:**

7.  The position had a standard probationary period of six (6) months.

**ANSWER:**

8.  You received a Job Description for ADA/Shuttle Driver.  (*See* Exhibit C.)

**ANSWER:**

9.  You signed and dated the document under "Job Description Acknowledgment."  (*See* Exhibit C, page labeled NTD00491.)

**ANSWER:**

10. Under "Education and Experience Required," the Job Description noted that the ADA/Shuttle Driver must have the "[a]bility to respond courteously

under a wide set of conditions."  (*See* Exhibit C, pages labeled NTD00490–00491.)

**ANSWER:**

11. Under "Work Environment," the Job Description noted that the ADA/Shuttle Driver "[m]ay be exposed to minor annoyances, such as unpleasant sights or odors."  (*See* Exhibit C, page labeled NTD00491.)

**ANSWER:**

12. Under "Work Environment," the Job Description noted that the ADA/Shuttle Driver has "[f]requent interaction with individuals in the community."  (*See* Exhibit C, page labeled NTD00491.)

**ANSWER:**

13. You received a copy of Norwalk Transit District's Bus Operator and Shop Employee Disciplinary Code.  (*See* Exhibit D.)

**ANSWER:**

14. You received a copy of the Collective Bargaining Agreement between the Norwalk Transit District and Local 1303 Chapter 186 of Council #4 AFSCME (AFL-CIO) (hereinafter "Collective Bargaining Agreement"). (*See* Exhibit E.)

**ANSWER:**

4

15. Section 7.1 of the Collective Bargaining Agreement states, in pertinent part, "All employees shall serve a probationary period of six (6) months from the date of their employment, . . . ."  (*See* Exhibit E § 7.1 at page labeled NTD00203.)

**ANSWER:**


16. Section 7.1 of the Collective Bargaining Agreement states, in pertinent part, "During all of such probationary period the Employer may terminate the employee for any reason . . . .")  (*See* Exhibit E § 7.1 at page labeled NTD00203.)

**ANSWER:**


17. Your job as a bus operator for Norwalk Transit District entailed everyday interaction with members of the public, including bus riders.

**ANSWER:**


18. You were operating Bus #238 for Norwalk Transit District within the scope of your employment on November 15, 2021.

**ANSWER:**


19. You are the bus operator depicted in the video footage included as Exhibit F.

**ANSWER:**

20. While operating Bus #238 on November 15, 2021, there was an encounter with a bicyclist that was captured on the bus video cameras.

**ANSWER:**

21. During this encounter, you vocalized obscenities at and/or in response to the bicyclist.

**ANSWER:**

22. At one point, you stopped at a red light and, while stopped and after opening the bus doors, and after the bicyclist passed the bus, you yelled, "You're a real piece of shit." (*See* Exhibit F at approximately 9:02:38 AM (1:33 in the recording).)

**ANSWER:**

23. After closing the bus doors, you opened the doors again and yelled, "Go fuck your mother, bitch." (*See* Exhibit F at approximately 9:02:48 to 9:02:50 AM (1:42 to 1:44 in the recording).)

**ANSWER:**

24. You did not call in the incident with the bicyclist to Norwalk Transit District.

**ANSWER:**

25. That same day, November 15, 2021, you were informed that the bicyclist

had called in a complaint against you.

**ANSWER:**

26. On November 15, 2021, you met with La-Keba Hamilton and Andrew Gallagher to discuss the incident.

**ANSWER:**

27. You did not disclose during this meeting that you had a disability.

**ANSWER:**

28. You did not disclose during this meeting that you had Nervous Tourette's Syndrome.

**ANSWER:**

29. Following the meeting, you were provided with a letter from Derrick Clements which stated, in pertinent part, "As you are aware, you were involved in an incident. Part of our fact finding process included confrontation with the bicyclist, review of your initial statement, and review of the video available via the camera system on the vehicle- 238." (*See* Exhibit G, page labeled NTD00065.)

**ANSWER:**

30. The letter further stated, in pertinent part, "After this review is was

7

determined you were in violations of the following disciplinary codes:

#-31 careless or reckless operation—1st offense 3 day suspension

#-36- disobeying traffic regulations----1st offense written warning

#37a-discourteous or rudeness--------- 1st offense written warning." (*See* Exhibit G, page labeled NTD00065.)

**ANSWER:**

31. The letter stated that you would be given the opportunity to appear at Norwalk Transit District's internal investigatory hearing on the matter on November 17, 2021.  (*See* Exhibit G, page labeled NTD00065.)

**ANSWER:**

32. The letter stated that you would be given an opportunity at the meeting to explain and defend your actions as they related to the incident with the bicyclist and that you were entitled to union representation at the meeting. (*See* Exhibit G, page labeled NTD00065.)

**ANSWER:**

33. The letter stated, in pertinent part, "At the conclusion of the meeting, the District will assess all relevant and appropriate information and make a final determination as to the extent of the discipline, which will range from a 3-day suspension up to and including termination." (*See* Exhibit G, page labeled NTD00065.)

**ANSWER:**

34. You attended the internal investigatory meeting on November 17, 2021.

**ANSWER:**

35. You had union representation at the meeting.

**ANSWER:**

36. You did not disclose during the meeting that you had a disability.

**ANSWER:**

37. You did not disclose during the meeting that you had Nervous Tourette's Syndrome.

**ANSWER:**

38. Your employment with Norwalk Transit District was terminated on November 17, 2021, following the meeting.

**ANSWER:**

39. You did not request a workplace accommodation during the course of your employment with Norwalk Transit District.

**ANSWER:**

40. You never requested from Norwalk Transit District a brief period of leave to seek behavioral or therapeutic training to give you skills for alternative responses to stimuli triggering your Nervous Tourette's Syndrome.

**ANSWER:**

41. You communicated via text message with Jennifer Flores between approximately Wednesday, November 17 and Tuesday, November 23, 2021.

**ANSWER:**

42. You sent Ms. Flores the text messages that appear in the gray message bars/boxes in Exhibit H.

**ANSWER:**

43. In a text message sent to Ms. Flores on or about Thursday, November 18, 2021, at or around 4:34 PM, you stated, "Listen Jennifer I should told u before I don't know if this will help me but if u let the ceo know I have disability I have nervous Tourette's and that biker made me nervous." (*See* Exhibit H, page labeled NTD00542.)

**ANSWER:**

44. You did not apprise Norwalk Transit District that you had a disability before you texted this information to Ms. Flores on or about November 18,

2021.

**ANSWER:**

45. You did not apprise Norwalk Transit District that you had Nervous Tourette's Syndrome before you texted this information to Ms. Flores on or about November 18, 2021.

**ANSWER:**

46. In a text message sent to Ms. Flores on or about Monday, November 22, 2021, at or around 9:41 AM, you stated, "I know Derek and Andy did me wrong but they don't know about my Tourette's I hardly give this info out." (*See* Exhibit H, page labeled NTD00546.)

**ANSWER:**

47. Your Nervous Tourette's Syndrome causes you to involuntarily vocalize unwanted sounds or obscenities, especially in reaction to stressors.

**ANSWER:**

48. You cannot predict or control when you might encounter a stressor in the performance of everyday tasks, including in the performance of job duties and responsibilities.

**ANSWER:**

49. You cannot predict or control what stressors you might encounter in the performance of everyday tasks, including in the performance of job duties and responsibilities.

**ANSWER:**

50. You cannot predict or control when you might encounter a stressor in the performance of everyday tasks (including in the performance of job duties and responsibilities) that might trigger your Nervous Tourette's Syndrome.

**ANSWER:**

51. You cannot predict or control when you might involuntarily vocalize unwanted sounds or obscenities in response to stressors encountered in the performance of everyday tasks, including in the performance of job duties and responsibilities.

**ANSWER:**

# <u>C E R T I F I C A T I O N</u>

I, Stanley Cavienss, hereby certify that I have reviewed the above Requests for Admission and responses thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Stanley Cavienss

Subscribed and sworn to before me this            day of                      , 2024.

**_____**
Notary Public/
Commissioner of the Superior Court

13

DEFENDANT,
NORWALK TRANSIT DISTRICT


By:_____/s/ Jonathan C. Zellner_____
       Jonathan C. Zellner, Esq.(ct29294)
       Ryan Ryan Deluca LLP
       1000 Lafayette Blvd., Suite 800
       Bridgeport, CT 06604
       Phone: 203-549-6650
       Facsimile: 203-549-6655
       jczellner@ryandelucalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, the foregoing was e-mailed and/or

mailed to the following counsel and *pro se* parties of record:

Stanley Cavienss
16 Chapel Street, Apt. 101
Biddeford, ME 04005
stanleycavienss@gmail.com
Plaintiff, Self-Represented


_____/s/ Jonathan C. Zellner_____
Jonathan C. Zellner, Esq.

# EXHIBIT A

# STANLEY CAVIENSS
1-203-7057675

## APPLICATION INFORMATION

REQUISITION NUMBER - 1013

DATE APPLIED - 29 Jun 2021

SOURCE - Career Center

JOB TITLE - DRIVER

RECRUITER - Not Available

HIRING MANAGER - La-keba M. Hamilton

## PERSONAL INFORMATION

EMAIL - stanleycavienss@gmail.com

HOME PHONE - 1-203-7057675

PERSONAL MOBILE - 1-203-7057675

DESIRED SALARY - USD 750,000 Annually

ADDRESS

21 Cliff Street,

Waterbury, 06710,

CT - Connecticut, New Haven County, UNITED STATES

VOLUNTARY SELF IDENTIFICATION INFORMATION - On file

## EDUCATIONAL BACKGROUND
*(Unsaved Data : Information shown here is parsed from resume.)*

Diploma                                            Completed on 01/01/2004
Norwalk Community College
MAJOR -
MINOR -

High school diploma                          08/01/1996 - 07/01/1997
Art Institute of Atlanta
MAJOR -
MINOR -

High School Diploma                          Completed on 01/01/1995

NTD00148

Stamford High School
MAJOR -
MINOR -

## EMPLOYMENT HISTORY
*(Unsaved Data : Information shown here is parsed from resume.)*

Thompson Repair, LLC                                01/01/2009 - 06/29/2021
Driver/Technician
Stratford CT
OK to contact this employer? -

### RESPONSIBILITIES
- Prepare service writing for tractor-trailers and major highway road calls
- Knowledgeable in semi-trucks; hands-on calling for comp checks confirmation of paid repairs
- Responsible for servicing trucks, stocking and maintaining inventory of parts for the road

Thompson Repair, LLC                                01/01/2021 - 03/01/2021
Truck Driver Class A OTR
Medina OH
OK to contact this employer? -

### RESPONSIBILITIES
otr truck driver all 52 states

Thompson Repair, LLC                                10/01/2020 - 12/31/2020
Truck Driver/Merchandiser
Elmsford NY
OK to contact this employer? -

### RESPONSIBILITIES
merchandiser driver route stock shelves computer hand held heavy lifting

Thompson Repair, LLC                                09/01/2020 - 10/01/2020
Truck Driver Class A
Bronx NY
OK to contact this employer? -

### RESPONSIBILITIES

NTD00149

Crafted beer delivery Driver driver route hand held accounting stock and storage

**Thompson Repair, LLC**                                     04/01/2017 - 06/01/2018
Security Guard
White Plains NY
OK to contact this employer? -

RESPONSIBILITIES

Secure Premises and personnel by patrolling property; monitoring surveillance equipment, inspecting
buildings, equipment and access points; permitting entry
• Sounding alarms for assistance
• Prevent losses and damage by reporting irregularities, informing violators of policy and procedures,
restraining trespassers
• Control traffic by directing drivers
• Complete reports by recording observations, information, occurrences and surveillance activities;
interview witnesses, obtain signatures
• Monitor environment
• Complied with all legal requirements/ company standards
• Completed preventative maintenance requirements for all equipment; called for repairs; troubleshoot
malfunctions
• Ensure the security, safety, and well-being of all personnel, visitors and the premises

**Thompson Repair, LLC**                                     01/01/2018 - 06/01/2018
Special Needs Driver
North Haven CT
OK to contact this employer? -

RESPONSIBILITIES

• Driver for adult with disabilities
• Passed all DMV written/driving exams, class b-p with appropriate training
• Passed required CHP fingerprint/background investigation for issuance of AVDP Special Drivers Cert.
• Effective communication; customer relations; contributes to positive work environment
• Understand and carry-out oral and written directions; maintain a self-management system: Schedules/
logs
• Assist in the lifting/moving of clients as is appropriate

**Thompson Repair, LLC**                                    03/01/2015 - 10/01/2017
Security Guard
Shelton CT
OK to contact this employer? -

RESPONSIBILITIES
Mossberg Security Officer; front gate, employee lot booth

**Thompson Repair, LLC**                                    04/01/2012 - 02/01/2017
Partner Driver
New Haven CT
OK to contact this employer? -

RESPONSIBILITIES
Part-time Uber driver; internet taxi

**Thompson Repair, LLC**                                    11/01/2015 - 01/01/2016
First Student Trainee
Norwalk CT
OK to contact this employer? -

RESPONSIBILITIES
Bus Driver
• Transport
• Follow bus schedules provided

**Thompson Repair, LLC**                                    01/01/2005 - 01/01/2008
Service Writer
Stratford CT

OK to contact this employer? -

RESPONSIBILITIES
- Prepare service writing for tractor-trailers and major highway road calls
- Knowledgeable in semi-trucks; hands-on calling for comp checks confirmation of paid repairs
- Responsible for servicing trucks, stocking and maintaining inventory of parts for the road

City Bus Operator                                              03/01/2021 - 06/29/2021
city bus driver
Atlanta GA
OK to contact this employer? -

RESPONSIBILITIES
Responsible for transporting people from one place to another for work, errands, school, or other
reasons.
Takes fares from passengers, issues receipts, announces routes, and ensures passengers get
out safely.
Primary Responsibilities
- Transport people from one place to another on a transit bus.
- Operate bus by applying brakes, starting and stopping engine.
- Drive regular routes on a schedule.
- Announce next destinations.
- Transport passengers on chartered trips or sightseeing tours.
- Drive through traffic and obey traffic laws.
- Deal with unruly passengers.
- Stop frequently, often only a few blocks apart and when a passenger requests a stop.
- Collect fares and issue change.
- Answer questions about schedules, routes, and transfer points.
- Report accidents or other traffic disruptions to a central dispatcher, and follow directions when
using
an alternate route.
- Assist disabled passengers.
- Check the bus tires, lights, and oil and do other basic maintenance.
- Follow state and federal transit regulations.
- Keep passengers informed of delays.

Securitas Security Services                                    01/01/2014 - 11/01/2015
Security Officer
Stamford CT

OK to contact this employer? -

RESPONSIBILITIES
- Monitor CCTV cameras
- Issue CAS ID Badges
- Perform site tours
- Responsible for security vehicle, ensure optimum running condition
- Perform complete equipment tests

Marriott International                                    03/01/2004 - 02/01/2010
Loss Prevention Officer
Atlanta GA
OK to contact this employer? -

RESPONSIBILITIES
- Secure hotel assets
- Employee and guest protection services
- Manage lost/found, and hotel's shipping/receiving dock
- Manage guest delivery packages for meetings and banquets
- Responsible for delivery of portfolios/newspapers to guests
- Handles reports for claims of incidents of death, assault, theft, injury, and fire

Marriott International                                    01/01/2009 - 07/01/2009
Driver
Salt Lake City UT
OK to contact this employer? -

RESPONSIBILITIES
- Over the road truck driving in all 52 states
- Delivery of food in 53ft refer trailer

STAPLES, INC                                             01/01/2003 - 01/01/2005
Delivery Truck Driver
OK to contact this employer? -

RESPONSIBILITIES
- Deliver computers to commercial accounts
- Manage truck routes
- Shipping/receiving

**STAPLES, INC**                                    01/01/2003 - 01/01/2004
Security Officer
Somers NY
OK to contact this employer? -

RESPONSIBILITIES

- Monitor CCTV cameras
- Issue CAS ID Badges
- Perform site tours
- Respond to all alarms
- Issue and log all keys
- Ensure all entrances/gates are secure

**Four Winds Hospital**                             01/01/2002 - 01/01/2003
Driver
Katonah NY
OK to contact this employer? -

RESPONSIBILITIES

• Dietary food driver
• Rote use of company truck, Class B
• Stock and kitchen duties

**Midas Muffler**                                   12/01/2001 - 04/01/2002
Service Writer
Stratford CT
OK to contact this employer? -

RESPONSIBILITIES

- Customer service
- Daily/weekly accounting, faxing, data entry
- Use of computer system for car parts and application for their specifications
- Stock supplies
- Writer of vehicle service

Meter Reader

**City of Union City**                              01/01/2001 - 09/01/2001

NTD00154

Union City GA
OK to contact this employer? -

## RESPONSIBILITIES

Water Meter Reader
- Reading of water meters
- Obtained water measurements through hand-held computer
- Download and retrieve a bill for housing unit subdivisions and homes
- City work of street repairs or highway cleanup
- Use of heavy duty equipment: Back hoes, dump trucks

Home Depot USA, Inc                                    06/01/1999 - 05/01/2000
Lot Attendant/ Lumber Associate
Norfolk VA
OK to contact this employer? -

## RESPONSIBILITIES

- Multitasking- dropping off freight
- Forklift certification of reach truck
- Order picker
- Electric pallet jack
- Stocking shelves, price changing, customer service
- Cutting plywood, OSB board
- Using precise measurements with a skilled saw

## SKILLS

No information available

## LICENSES & CERTIFICATIONS
*(Unsaved Data : Information shown here is parsed from resume.)*

CDL Class A or B
Expires On -

First Aid Certification
Expires On -

Class A CDL
Expires On -

August 2020 to March 2025
Expires On -

Class A licn 
Expires On -

CDL B
Expires On -

Tanker Endorsement
Expires On -

August 2020 to March 2025
Expires On -

## MEMBERSHIPS

No information available

## RESUME

 STANLEY-CAVIENSS.PDF

## POSTING QUESTIONS AND RESPONSES

QUESTION                                          KNOCKED OUT STATUS

**Q1. Are you eligible for employment in the United States?**

A1. Yes

**Q2. What are your salary requirements?**
A2. 75000.00 USD

**Q3. How did you hear about this position?(e.g. Indeed, Monster, CareerBuilder, Referral, Other, etc.)**
A3. Indeed

**Q4. Do you have a CDL with the proper endorsements "P" and one of the following S, V, A, or F? You will be disqualified if you do not meet the endorsements criteria. Please list all endorsements on your license?**
A4. Yes I have a CDL with the proper endorsements "P" and one of the following S, V, A, and f.

## SELF-ATTESTATION

I certify that I have read and understand the applicant instructions included with this application and that the answers given by me to the foregoing questions and statements made by me are complete and true to the best of my knowledge and belief.

I understand that any false information, omissions or misrepresentations of facts called for in this application, whether on this document or not, may result in rejection of my application or discharge at any time during my employment.

I understand that this application form is intended for use in evaluating my qualifications for employment and that this application is not an offer of employment. I further understand that if hired, my employment will be considered "at-will" and that my employment may be terminated for any reason, with or without cause or notice, at any time by me or the Company and that this application is not intended to constitute a contract of continued employment.

STANLEY CAVIENSS
06/29/2021

## SCREENING

No information available

## INTERVIEWS AND EVALUATION

No information available

## APPLICATION STATUS HISTORY

| STATUS | CHANGED DATE | CHANGED BY |
|---|---|---|
| INTERVIEW | 07/13/2021 | Jennifer Flores |
| NEW APPLICATION | 06/29/2021 | |

## NOTES

**STANLEY CAVIENSS**

I have been in the workforce for 20 years. I have shown my
dedication toward working within every position I have been in. I have been very punctual, demonstrated leadership, and shown
enthusiasm towards my work. I am very hard working and would like to gain a Career in a company that
has room for advancement, medical benefits and pays a fare wage.

## COMMUNICATION HISTORY

**EMAIL ON** 06-29-2021 12:53:06 PM

From: NORWALKTRANSITDISTRICT.HR@ADP.COM

Subject: Thank you for your interest in Norwalk Transit District

Hi Stanley,

Thank you for applying to the P/T and F/T - FIXED ROUTE DRIVER AND ADA/SHUTTLE DRIVER position at the Norwalk Transit District. We are currently reviewing resumes and will be scheduling interviews within the next few weeks.

You will be contacted if we need additional information or wish to schedule an interview with you. If you are not selected for an interview, we encourage you to visit our career center to consider future openings.

We appreciate the time you invested to apply for this position at the Norwalk Transit District and wish you all the best in your employment search. Thank you again for your interest in our Company.

Sincerely,
Human Resources Department

## UPLOADED FILES

No information available

NTD00159

# Stanley Cavienss

Mount Vernon, NY 10550
stanleycavienss@gmail.com
(203) 705-7675

A hard-working and highly experienced individual, looking for personal and professional advancement opportunities, contributing a strong demonstrated record of leadership, communication, time-management and a dependable work ethic.

Willing to relocate: Anywhere
Authorized to work in the US for any employer

## Work Experience

### City Bus Operator
Metropolitan Atlanta Rapid Transit Authority (MARTA) - Atlanta, GA
March 2021 to Present

city bus driver

Responsible for transporting people from one place to another for work, errands, school, or other reasons. Takes fares from passengers, issues receipts, announces routes, and ensures passengers get out safely.
Primary Responsibilities
• Transport people from one place to another on a transit bus.
• Operate bus by applying brakes, starting and stopping engine.
• Drive regular routes on a schedule.
• Announce next destinations.
• Transport passengers on chartered trips or sightseeing tours.
• Drive through traffic and obey traffic laws.
• Deal with unruly passengers.
• Stop frequently, often only a few blocks apart and when a passenger requests a stop.
• Collect fares and issue change.
• Answer questions about schedules, routes, and transfer points.
• Report accidents or other traffic disruptions to a central dispatcher, and follow directions when using an alternate route.
• Assist disabled passengers.
• Check the bus tires, lights, and oil and do other basic maintenance.
• Follow state and federal transit regulations.
• Keep passengers informed of delays.

### Driver/Technician
Thompson Repair, LLC - Stratford, CT
January 2009 to Present

• Prepare service writing for tractor-trailers and major highway road calls
• Knowledgeable in semi-trucks; hands-on calling for comp checks confirmation of paid repairs
• Responsible for servicing trucks, stocking and maintaining inventory of parts for the road

NTD00160

**Truck Driver Class A OTR**
Panther Expedited Services - Medina, OH
January 2021 to March 2021

otr truck driver all 52 states

**Truck Driver/Merchandiser**
Liberty Coca-Cola Beverages - Elmsford, NY
October 2020 to December 2020

merchandiser driver route stock shelves computer hand held heavy lifting

**Truck Driver Class A**
Sarene Craft Beer Distributors - Bronx, NY
September 2020 to October 2020

Crafted beer delivery Driver driver route hand held accounting stock and storage

**Special Needs Driver**
Goodwill Industries - North Haven, CT
January 2018 to June 2018

• Driver for adult with disabilities
• Passed all DMV written/driving exams, class b-p with appropriate training
• Passed required CHP fingerprint/background investigation for issuance of AVDP Special Drivers Cert.
• Effective communication; customer relations; contributes to positive work environment
• Understand and carry-out oral and written directions; maintain a self-management system: Schedules/logs
• Assist in the lifting/moving of clients as is appropriate

**Security Guard**
Century Protective Services - White Plains, NY
April 2017 to June 2018

• Secure Premises and personnel by patrolling property; monitoring surveillance equipment, inspecting buildings, equipment and access points; permitting entry
• Sounding alarms for assistance
• Prevent losses and damage by reporting irregularities, informing violators of policy and procedures, restraining trespassers
• Control traffic by directing drivers
• Complete reports by recording observations, information, occurrences and surveillance activities; interview witnesses, obtain signatures
• Monitor environment
• Complied with all legal requirements/ company standards
• Completed preventative maintenance requirements for all equipment; called for repairs; troubleshoot malfunctions
• Ensure the security, safety, and well-being of all personnel, visitors and the premises

**Security Guard**
SSC Security Services - Shelton, CT
March 2015 to October 2017

Mossberg Security Officer; front gate, employee lot booth

**Partner Driver**
Uber - New Haven, CT
April 2012 to February 2017

Part-time Uber driver; internet taxi

**First Student Trainee**
SSC Security Services - Norwalk, CT
November 2015 to January 2016

Bus Driver
• Transport
• Follow bus schedules provided

**Security Officer**
Securitas Security Services - Stamford, CT
January 2014 to November 2015

• Monitor CCTV cameras
• Issue CAS ID Badges
• Perform site tours
• Responsible for security vehicle, ensure optimum running condition
• Perform complete equipment tests

**Loss Prevention Officer**
Marriott International - Atlanta, GA
March 2004 to February 2010

• Secure hotel assets
• Employee and guest protection services
• Manage lost/found, and hotel's shipping/receiving dock
• Manage guest delivery packages for meetings and banquets
• Responsible for delivery of portfolios/newspapers to guests
• Handles reports for claims of incidents of death, assault, theft, injury, and fire

**Driver**
Cr.England - Salt Lake City, UT
January 2009 to July 2009

• Over the road truck driving in all 52 states
• Delivery of food in 53ft refer trailer

**Service Writer**
Thompson Repair, LLC - Stratford, CT
January 2005 to January 2008

• Prepare service writing for tractor-trailers and major highway road calls
• Knowledgeable in semi-trucks; hands-on calling for comp checks confirmation of paid repairs
• Responsible for servicing trucks, stocking and maintaining inventory of parts for the road

**Delivery Truck Driver**
STAPLES, INC
January 2003 to January 2005

• Deliver computers to commercial accounts
• Manage truck routes
• Shipping/receiving

### Security Officer
IBM Security - Somers, NY
January 2003 to January 2004

• Monitor CCTV cameras
• Issue CAS ID Badges
• Perform site tours
• Respond to all alarms
• Issue and log all keys
• Ensure all entrances/gates are secure

### Driver
Four Winds Hospital - Katonah, NY
January 2002 to January 2003

• Dietary food driver
• Rote use of company truck, Class B
• Stock and kitchen duties

### Service Writer
Midas Muffler - Stratford, CT
December 2001 to April 2002

• Customer service
• Daily/weekly accounting, faxing, data entry
• Use of computer system for car parts and application for their specifications
• Stock supplies
• Writer of vehicle service

### Meter Reader
City of Union City - Union City, GA
January 2001 to September 2001

Water Meter Reader
• Reading of water meters
• Obtained water measurements through hand-held computer
• Download and retrieve a bill for housing unit subdivisions and homes
• City work of street repairs or highway cleanup
• Use of heavy duty equipment: Back hoes, dump trucks

### Lot Attendant/ Lumber Associate
Home Depot USA, Inc - Norfolk, VA
June 1999 to May 2000

• Multitasking- dropping off freight
• Forklift certification of reach truck
• Order picker
• Electric pallet jack
• Stocking shelves, price changing, customer service

• Cutting plywood, OSB board
• Using precise measurements with a skilled saw

## Education

### Diploma
Norwalk Community College - Norwalk, CT
2004

### High school diploma in Video pro
Art Institute of Atlanta - Atlanta, GA
August 1996 to July 1997

### High School Diploma
Stamford High School - Stamford, CT
1995

## Commercial Driver's License (CDL)

### Class A
Expires: March 2025

State: NY
Endorsements: N (Tank vehicles) - P (Passenger vehicles)

## Skills

• Security Protocol
• Leadership
• Organization
• Management
• Truck Driving
• Loss Prevention
• Delivery Services
• Service Writing
• Communication
• Professionalism
• Microsoft Office
• Limousine Driving
• Taxi Driving
• Tractor-Trailer
• CCTV
• Bus Driving
• Surveillance

- Valet Parking
- Reach Truck
- Heavy Equipment Operation
- Pallet Jack
- Driving
- Class A. Cdl Nyc (10+ years)
- Delivery Driver Experience
- Customer Service
- Software Troubleshooting
- Flatbed
- Tanker Experience
- Load & Unload
- Order Picker
- School bus driving
- Limousine
- Shipping & Receiving
- Commercial Driving
- Mechanic Experience
- Mechanical knowledge
- Backhoe Operation
- Machining
- Automotive Repair
- Merchandising
- Shuttle Driving

## Certifications and Licenses

**CDL Class A or B**

**First Aid Certification**

**First Aid Certification**

**Class A CDL**
August 2020 to March 2025

Class A licn #

**CDL B**

**Tanker Endorsement**

**Tanker Endorsement**

## Additional Information

Class A cdl with tanker

NTD00166

# EXHIBIT B



# NORWALK
## Transit District

Commissioners David L. Jaeger, Jr., Alice McQuaid, Esq.
Chief Executive Officer Kimberlee A. Morton

275 Wilson Avenue, Norwalk, CT 06854-4615
Tel: (203) 852-0000    Fax: (203) 299-5166
www.norwalktransit.com

August 4, 2021

Stanley Cavienss
131 E Prospect Street
Mt Vernon, NY 10550

Dear Stanley,

I am pleased to offer you the position of Full-Time Driver Trainee with the Norwalk Transit District (NTD), with a start date of Monday, August 16, 2021. You shall be compensated at $21.52 per hour, paid on a weekly basis. This position will be considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for overtime time pay for hours worked in excess of 40 in a given work week. You will report to the Manager of Operations, La-Keba Hamilton.

Consistent with the Agency's policy, this offer is contingent upon successful completion of a physical, drug screening, a criminal background check, and our receipt of two or more positive references.

Training will commence approximately **Monday, August 16th at 8:00 a.m.** and will last for approximately 4 weeks. You are expected to attend each class on time and to fully participate in all aspects of the training. Attire is business casual unless otherwise discussed by your trainer. Please be certain to bring your driver's license, DOT medical certificate and social security card on the first day of training.

This position carries with it a standard probationary period of six months, at which time your performance will be evaluated to determine if you were able to meet the requirements of the job.

This position is covered under a Collective Bargaining Agreement between the Norwalk Transit District and Local 1303 Chapter 186 of Council #4 AFSCME (AFL-CIO).  Under the terms of the Agreement, you will be required to pay Union membership dues.  You will receive a copy of the union contract upon your first day of employment.

We look forward to working with you and the expertise you will bring to the District.

NTD00061

Page 2

If you wish to accept the offer, please sign below and return the letter to me. Please feel free to contact me if you have any questions at (203) 299-5164.

Sincerely,

*Jennifer Flores*
Human Resources Generalist

**Acknowledgement:**

*The provisions of this offer of employment have been read, are understood, and the offer is herewith accepted. I understand that my employment is contingent upon completion of background check, physical, drug test, and references.*

_____
Accepting Candidate

08/26/21
_____
Date

# EXHIBIT C



**NORWALK**
Transit District

Employee: _Stanley Caviness_

## Job Description

**Job Identification**

| | |
|---|---|
| **Functional Title:** | **ADA/Shuttle Driver** |
| **Department:** | **Transportation Services** |
| **Position Status:** | **Non-Exempt** |
| **Safety-Sensitive:** | **Yes** |
| **Reporting to:** | **Transportation Manager/Transit Supervisors** |
| **Last revision date:** | **May 2021** |
| **Direct Reports:** | **None** |

**Job Purpose/Function:** The ADA/Shuttle Driver will operate vehicles in the Transit District's ADA/ Shuttle, and Wheels2U. Provide Commuter Shuttle service between the rail stations and places of employment, Door-To-Door services for the elderly & disabled in the Southwest Region of the State, and the Wheels2U shuttle service in the Norwalk community.

**Major Duties and Responsibilities:**

- Operate wheelchair lift-equipped vehicles in a safe manner and in accordance with traffic regulations.
- Perform pre-trip and post-trip inspections of vehicle.
- Operate all equipment in vehicle appropriately and in accordance with instructions: bus radio; wheelchair lift; wheelchair securements; bus stop announcements; fare box; and, other systems on the vehicle as required.
- Collect appropriate fare tickets on ADA services.
- Operate the fare box and monitor fares deposited, and monitor all passes and unitickets, used on shuttle services.
- Fill out time cards, defect cards, accident and incident report forms, ridership forms, fuel sheets and other required forms in a timely manner.
- Maintain radio communication with base for purpose of transmitting information and receiving updates.
- Adhere to published schedule for shuttle services.
- Review daily assignments sheets and plan for pick-ups in accordance with assigned times.
- Submit daily assignment sheets with proper data recorded and fare tickets attached at end of work day.

- Fuel vehicles as required.
- Report all accidents and incidents immediately.
- Provide complete passenger assistance on ADA services.
- Enforce Transit District policy and regulations.
- Report for duty on time, attired in the proper uniform
- Provides transit information to passengers as needed

**Safety & Security:**

- Carries out safety and security policies and practices, including reporting all incidents immediately to operations supervisors.
- See other responsibilities as outlined in the "System Security Program Plan."

Responsible for contributing to a safe and secure work environment. Is cognizant of surroundings and acts in a safe manner at all times. Is knowledgeable of and adheres to OSHA, NTD and other safety standards, directives and advisories, both written and verbal. Uses safety equipment and protective clothing as appropriate and necessary. Maintains good housekeeping habits in work area to avoid injury to self or others. Immediately reports to their respective supervisor or Manager of Safety and Security any safety or security issue and makes recommendations for improvement. Observes building access restrictions and locks doors when not present. Knows the nearest two safety exits and participates in safety drills.

This is a safety-sensitive position and is subject to random drug and alcohol testing.

**Dimensions:** (the areas the job function has a measurable impact)

- Client satisfaction results
- Attendance and punctuality

**Accountabilities:** (the major end results that should be reached in the job function)

- Daily activities are complete and efficient.
- Documentation is clear, organized and current

**Education and Experience Required:**

- High school diploma or equivalent.
- Valid DOT medical card
- Ability to read, write and speak English fluently.
- Good verbal and written communication skills.
- Valid Commercial Driver's License with a "P" Passenger Endorsement
  - *And* one (1) of the following endorsements: "S", "V", "A", of "F"
  - *And* Air Brakes

NTD00490

- Clean driving history.
- Ability to take direction while working under limited supervision.
- Ability to respond courteously under a wide set of conditions.

**Physical Requirements:**

- Must be able to work shifts or flexible work schedules as needed.
- Ability to sit for extended periods of time
- Ability to operate in adverse weather conditions
- Must be able to lift up to 50 lbs.
- Must be able to push / pull weight resistance up to 50 lbs.
- Must be able to bend / squat / reach frequently

**Work Environment:**

- Primarily seated in vehicle.
- May be exposed to minor annoyances, such as unpleasant sights or odors.
- The noise level in the work environment is due to machinery or equipment in use which may preclude normal conversational levels.
- Frequent interaction with individuals in the community.

**Company Disclaimer:** The CEO may modify this job description based upon the company's needs; may require the employee to perform functions beyond those mentioned. Employee understands that all employment is on an "at will" basis.

**The Norwalk Transit District is an Equal Employment Opportunity Employer.**

**JOB DESCRIPTION ACKNOWLEDGEMENT:**

Employee: _Stanley Cavenss_    Date: _08/24/21_

Supervisor: _Theresa Albert_    Date: _9/24/2021_

NTD00491

# EXHIBIT D

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

APRIL 1990

NTD00185

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

April, 1990

**PROLOGUE**

The Norwalk Transit District operates on a system of professional, progressive discipline.  Disciplinary action is not taken until after a complete investigation, although in the case of very serious offenses, an individual may be suspended until the completion of the investigation.

The following list represents most possible situations.  It is impossible to provide for all possible contingencies under all circumstances.

It should be understood that serious violations such as theft, falsification of time cards, fighting, insubordination, drinking on the job, reporting to the work under the influences of alcohol or drugs, carrying a dangerous weapon or keeping it on Transit District property, and other items of an equally serious nature, will result in dismissal.

NTD00186

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

INDEX:      PROLOGUE

            ACCIDENTS            Page  1

            APPEARANCE                 2

            ATTENTION TO DUTY          2

            CONDUCT                    3

            EQUIPMENT                  3

            FUNDS                      4

            OPERATION                  5

            ORDERS                     6

            REPORTS                    6

            SAFETY                     6

            SERVICE TO PASSENGERS      7

            STATION PROCEDURE          8

NTD00187

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 1

---

**ACCIDENTS**

1.  Major Preventable:
    All rear end accidents,
    personal injury or property
    damage over $3,500*

    1st offense:   3-day suspension or
    termination depending upon
    a. Amount of damage
    b. Extent of injury
    c. Degree of culpability
       i.e. minor inattentiveness
       or gross negligence.
    2nd offense:  Dismissal
    Time between offenses:  12 months
    ===================================

2.  Minor Preventable:
    Amount under $3,500*
    property damage.

    1st offense:   Written warning
    2nd offense:  1 day suspension
    3rd offense:   3 day suspension
    4th offense:   Dismissal
    Time between offenses:  12 months
    ===================================

3.  On-Board Injuries:
    All preventable on-board
    injuries not a result of
    collision will be defined
    as major or minor prevent-
    able on-board accidents
    and have the same penalties
    as accidents involving
    collision.

    Major:  See above

    Minor:  See above

    ===================================

    Failure to report any
    on-board injury will be
    treated the same as
    failure to report an
    accident.

    1st offense:   1 day suspension
    2nd offense:  3 day suspension
    3rd offense:   Dismissal
    Time between offenses:  12 months
    ===================================

4.  Failure to report an
    Accident or incident
    At the time of occurrence.

    1st offense:   1 day suspension
    2nd offense:  3 day suspension
    3rd offense:   Dismissal
    Time between offenses:  12 months
    ===================================

*Per Union Contract 2008

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 2

## APPEARANCE

5.     Improper uniform:
        a. unkempt or dirty
           appearance;
        b. Not attired in compliance
           with dress regulations.

1st offense:   Verbal warning, if necessary sent home without pay for correct uniform.
2nd offense:   Written warning
3rd offense:  1 day suspension
4th offense:  3 day suspension
5th offense:  Dismissal
Time between offenses:   12 months
=======================================

## ATTENTION TO DUTY

6.     Permitting unauthorized person to perform operating duties.

1st offense:   Dismissal

=================================

7.     a. Improper parking
        b. Leaving motor running

1st offense:   Verbal warning
2nd offense:  Written warning
3rd offense:  1 day suspension
4th offense:  3 day suspension
5th offense:  Dismissal
Time between offenses:   12 months
=================================

8.     a. Leaving bus unattended without authorization.

1st offense:   Written warning
2nd offense:  1 day suspension
3rd offense:  3 day suspension
4th offense:  Dismissal
Time between offenses:   12 months
=================================

        b. Leaving bus unattended without proper relief.

1st offense:   1 day suspension
2nd offense:  3 day suspension
3rd offense:  Dismissal
Time between offenses:   15 months
=================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 3

_____

**CONDUCT**

9.    Rowdy behavior or             1st offense:    Verbal warning
      horseplay while on duty.      2nd offense:    Written warning
                                    3rd offense:    1 day suspension
                                    4th offense:    3 day suspension
                                    5th offense     Dismissal
                                    Time between offenses:    12 months
                                    ==============================

10.   Rowdy behavior or             1st offense:    Dismissal
      horseplay resulting in
      personal injury or damage
      to property.

                                    ================================

11.   Sleeping while on duty.       1st offense:    1 day suspension
                                    2nd offense:    3 day suspension
                                    3rd offense:    Dismissal
                                    Time between offenses:    12 months
                                    ================================

12.   Refusing mandatory           1st offense:    1 day suspension
      overtime without adequate    2nd offense:    3 day suspension
      reason                        3rd offense:    Dismissal
                                    Time between offenses:    12 months
                                    ================================

13.   Smoking on vehicle while     1st offense:    Written warning
      Operating or as a passenger. 2nd offense:    1 day suspension
                                    3rd offense:    3 day suspension
                                    4th offense:    Dismissal
                                    Time between offenses:    12 months
                                    =================================

_____

**EQUIPMENT**

14.   Failure to properly use, care  1st offense:     Written warning
      for or protect equipment       2nd offense:    1 day suspension
      in accordance with             3rd offense:    3 day suspension
      instructions.                  4th offense:    Dismissal
                                     Time between offenses:    12 months
                                     ===================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 4

---

15.    Failure to carry time tables, transfers, accident forms, vehicle condition forms.

1st offense:   Verbal warning
2nd offense:  Written warning
3rd offense:   1 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses:  12 months

===================================

16.    Failure to use accurate watch in operating condition.

1st offense:   Verbal warning
2nd offense:  Written warning
3rd offense:   1 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses: 12 months

===================================

17.    Failure to have a working telephone.

1st offense:   Verbal warning
2nd offense:  Written warning
3rd offense:   1 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses:    12 months

===================================

---

**FUNDS**

18.    Neglects to verify transfers or passes.

1st offense:  Written warning
2nd offense:  1 day suspension
3rd offense:   3 day suspension
4th offense:   Dismissal
Time between offenses:    12 months

===================================

19.    Handles fares.

1st offense:   3 day suspension
2nd offense:   Dismissal
Time between offenses:    12 months

===================================

20.    Permits passengers to ride without paying fare.

1st offense:   Dismissal

===================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 5

---

**OPERATION**

21. Failure to keep prescribed
route unless so ordered.

1st offense:   Written warning
2nd offense:   Dismissal
Time between offenses:    12 months
================================

22. Failure to keep schedule.

1st offense:   Written warning
2nd offense:   1 day suspension
3rd offense:   3 day suspension
4th offense:   Dismissal
Time between offenses:    12 months
================================

23. Running late without
adequate reason (except
when delayed due to
reporting an accident
involving the driver's bus.)

1st offense:   Verbal warning
2nd offense:   Written warning
3rd offense:   1 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses:    12 months
================================

24. Failure to display correct
destination sign.

1st offense:   Written warning
2nd offense:   1 day suspension
3rd offense:   2 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses:  12 months
================================

25. Failure to make proper
relief.

1st offense:   1 day suspension
2nd offense:   3 day suspension
3rd offense:   Dismissal
Time between offenses:  15 months
================================

26. Boarding or discharging
passengers unsafely.

1st offense:   Written warning
2nd offense:   1 day suspension
3rd offense:   3 day suspension
4th offense:   1 week suspension
5th offense:   Dismissal
Time between offenses:  12 months
================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 6

**ORDERS**

| | | |
|---|---|---|
| 27. | Failure to call dispatcher in accordance with instructions. | 1st offense:  Verbal warning<br>2nd offense: Written warning<br>3rd offense:  1 day suspension<br>4th offense:  3 day suspension<br>5th offense:  Dismissal<br>Time between offenses:  12 months<br>============================ |
| 28. | Failure to read and follow system notices. | 1st offense:  Written warning<br>2nd offense:  1 day suspension<br>3rd offense:  3 day suspension<br>4th offense:  Dismissal<br>Time between offenses:  12 months<br>============================= |

**REPORTS**

| | | |
|---|---|---|
| 29. | Failure to file accident and/or incident report by the end of the work day. | 1st offense:  1 day suspension<br>2nd offense:  3 day suspension<br>3rd offense:  Dismissal<br>Time between offenses:  12 months<br>======================================= |
| 30. | Failure to file required reports. | 1st offense:  Verbal warning<br>2nd offense:  Written warning<br>3rd offense:  1 day suspension<br>4th offense:  3 day suspension<br>5th offense:  Dismissal<br>Time between offenses:  12 months<br>======================================= |

**SAFETY**

| | | |
|---|---|---|
| 31. | Careless or reckless operation. | 1st offense:  3 day suspension<br>2nd offense  Dismissal<br>Time between offenses:    12 months<br>================================= |
| 32. | Playing a musical instrument or radio. | 1st offense:  Written warning<br>2nd offense:  1 day suspension<br>3rd offense:  Dismissal<br>Time between offenses:    12 months |

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 7

---

33.    Reading, eating or drinking
while driving.

1st offense:    Written warning
2nd offense:   1 day suspension
3rd offense:   3 day suspension
4th offense:   Dismissal
Time between offenses:    12 months
=============================================

34.    Eating or drinking while
on the bus.

1st offense:    Verbal warning
2nd offense:   Written warning
3rd offense:   1 day suspension
4th offense:   3 day suspension
5th offense:   Dismissal
Time between offenses:    12 months
=============================================

---

35.    Disobeying traffic
regulations.

1st offense:    Written warning
2nd offense:   3 day suspension
3rd offense:   Dismissal
Time between offenses:    12 months
=============================================

36.    Failure to stop at
Railroad crossing.

1st offense:    3 day suspension
2nd offense:   Dismissal
Time between offenses:    12 months
=============================================

---

**SERVICE TO PASSENGERS**

37.    a. Discourtesy or
rudeness.

1st offense:    Written warning
2nd offense:   1 day suspension
3rd offense:   3 day suspension
4th offense:   Dismissal
Time between offenses:  12 months
=================================

b. Confrontation with
passengers.

1st offense:    Dismissal
=================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 8

---

| 38. | a. Passing up a passenger. | 1st offense: | Written warning |
| | | 2nd offense: | 1 day suspension |
| | | 3rd offense: | 3 day suspension |
| | | 4th offense: | Dismissal |
| | | Time between offenses:  12 months | |

==============================

| 39. | Failure to allow boarding. | 1st offense: | 1 day suspension |
| | | 2nd offense: | 3 day suspension |
| | | 3rd offense: | Dismissal |
| | | Time between offenses:  12 months | |

=================================

| 40. | Carrying past stop after signal. | 1st offense: | Verbal warning |
| | | 2nd offense: | Written warning |
| | | 3rd offense: | 1 day suspension |
| | | 4th offense: | 3 day suspension |
| | | 5th offense: | Dismissal |
| | | Time between offenses:  12 months | |

======================================

| 41. | Failure to pull into curb at bus stop sign or shelter when possible. | 1st offense: | Verbal warning |
| | | 2nd offense: | Written warning |
| | | 3rd offense: | 1 day suspension |
| | | 4th offense: | 3 day suspension |
| | | 5th offense: | Dismissal |
| | | Time between offenses:  12 months | |

======================================

---

**STATION PROCEDURE**

| 42. | Lateness: arriving at work beyond report time. | 1st offense: | Written warning |
| | | 2nd offense: | 1 day suspension |
| | | 3rd offense: | 3 day suspension |
| | | 4th offense: | Dismissal |
| | | Time between offenses:  15 months | |

=================================

NORWALK TRANSIT DISTRICT
BUS OPERATOR AND SHOP EMPLOYEE DISCIPLINARY CODE

Page 9

---

43.  Absent without permission            1st offense:   1 day suspension
     no show, no phone call              2nd offense:   3 day suspension
     fifteen minutes or more             3rd offense:   Dismissal
     beyond report time.                 Time between offenses:  15 months
                                         ==============================

44.  Working on non-Transit District     1st offense:   1 day suspension
     Vehicles on Transit property        2nd offense:   3 day suspension
     Except for emergency with           3rd offense:   Dismissal
     Company permission.                 Time between offenses:  12 months
                                         ================================

45.  Refusal to do assigned work.        1st offense:   3 day suspension
                                         2nd offense:   Dismissal
                                         Time between offenses:  12 months
                                         ====================================

46.  Careless maintenance work.          1st offense:   Verbal warning
                                         2nd offense:   Written warning
                                         3rd offense:   1 day suspension
                                         4th offense:   3 day suspension
                                         5th offense:   Dismissal
                                         Time between offenses:  12 months
                                         =====================================

47.  Careless maintenance work resulting in property damage will result in written warning,
     suspension, or dismissal, depending upon the severity of the incident.
                                         Time between offenses:  12 months
                                         =====================================

48.  Failure to use employer             1st offense:   Written warning
     provided safety equipment.          2nd offense:   1 day suspension
                                         3rd offense:   3 day suspension
                                         4th offense:   Dismissal
                                         Time between offenses:  12 months
                                         =====================================

NTD00196

# EXHIBIT E

COLLECTIVE BARGAINING AGREEMENT BETWEEN

THE NORWALK TRANSIT DISTRICT

AND

LOCAL 1303 CHAPTER 186 OF COUNCIL #4
AFSCME (AFL-CIO)

July 1, 2020 – June 30, 2024

{01509312.DOCX Ver. 1}

NTD00197

Table of Contents

ARTICLE I          RECOGNITION ...........................................................................................3
ARTICLE II         UNION SECURITY .....................................................................................3
ARTICLE III        CHECK-OFF ...............................................................................................3
ARTICLE IV         MANAGEMENT RIGHTS ...........................................................................4
ARTICLE V          HIRING ........................................................................................................4
ARTICLE VI         SENIORITY .................................................................................................4
ARTICLE VII        PROBATION.................................................................................................7
ARTICLE VIII       HOURS OF WORK AND OVERTIME .........................................................7
ARTICLE IX         WAGES .....................................................................................................10
ARTICLE X          HOLIDAYS ................................................................................................12
ARTICLE XI         VACATIONS ..............................................................................................13
ARTICLE XII        SICK LEAVE .............................................................................................14
ARTICLE XIII       FUNERAL LEAVE .....................................................................................15
ARTICLE XIV        PERSONAL LEAVE...................................................................................15
ARTICLE XV         UNPAID LEAVE OF ABSENCE ................................................................15
ARTICLE XVI        HEALTH AND INSURANCE BENEFITS ...................................................15
ARTICLE XVII       PENSION ...................................................................................................16
ARTICLE XVIII      MISCELLANEOUS BENEFITS.................................................................16
ARTICLE XIX        DISCIPLINE AND DISCHARGE ...............................................................17
ARTICLE XX         GRIEVANCE AND ARBITRATION.............................................................17
ARTICLE XXI        NO STRIKE/NO LOCKOUT.......................................................................18
ARTICLE XXII       MISCELLANEOUS.....................................................................................19
ARTICLE XXIII      SEPARABILITY .........................................................................................20
ARTICLE XXIV       WAIVER .....................................................................................................20
ARTICLE XXV        DURATION.................................................................................................20

{01509312.DOCX Ver. 1}

NTD00198

Agreement entered this 4th day of November, 2021 between the NORWALK TRANSIT DISTRICT hereinafter referred to as the Employer and LOCAL 1303-186, COUNCIL #4 AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES (AFL-CIO) hereinafter referred to as the Union.

## ARTICLE I
## RECOGNITION

1.1    The Norwalk Transit District, hereby recognizes Local 1303-186 of Council #4 American Federation of State, County and Municipal Employees, AFL-CIO, as the sole and exclusive bargaining representative for all full-time and regular part-time bus drivers, mechanics, and ADA/shuttle drivers employed by the Norwalk Transit District, excluding office clericals and supervisors as defined in the Connecticut Labor Relations Act and as certified by the Connecticut Labor Relations Board in Case #1776 and as amended by 34-RC-1041 (NLRB) and case No. ME 15654.

## ARTICLE II
## UNION SECURITY

2.1    All employees covered by this Agreement, and all employees subsequently hired, must become and remain members of the Union in good standing after thirty (30) days of date of hire, the effective date of this Agreement, or the date of execution of this Agreement, whichever is later. Good standing shall mean the tender of initiation fees and periodic dues as may be required of all members. Upon written notice by the Union that an employee has not become or has failed to maintain his/her good standing the Employer shall discharge said employee unless (s)he has cured his/her failure within five (5) days of the receipt of notice and submits proof thereof to the Employer.

2.2    The Union agrees to save the Employer harmless as a result of any discharge made at the request of the Union for failure to become and remain a member in good standing in accordance with the law.

2.3    The Union shall have the right and opportunity to hold an orientation session with all newly-hired employees.   This orientation session shall be for the purpose of explaining the new employee's contractual rights and introducing him/her to the Union.  The orientation will be held within fifteen (15) days of the employee's hire date and shall be during working hours at a time agreed by the employee's immediate supervisor, not to exceed one (1) hour in duration.  The District will pay for one (1) Union officer to participate in this orientation.

## ARTICLE III
## CHECK-OFF

3.1    The Employer agrees during the term of this Agreement to check-off the Union dues and the Union initiation fees of each employee member in its employ from whom a valid written authorization is received, and to remit same to the Union. The written authorization shall not be irrevocable for a period of more than one (1) year or beyond the termination date of this Collective Bargaining Agreement, whichever occurs sooner. Such deductions shall be made in the amount certified in writing by the Union to the Employer and shall be no greater in amount than the dues and initiation fees uniformly required by the Union for the maintenance of good standing in the Union. The deductions shall be delivered monthly to the Treasurer of Local 1303-186.

3.2    It is expressly agreed and understood that the Union assumes full responsibility for the validity and legality of such employees' deductions as are made by the Employer and hereby agrees to indemnify

{01509312.DOCX Ver. 1}

NTD00199

and save the Employer harmless by virtue of such deductions and payments to the Union.

3.3    Within thirty (30) days after employment, the Employer agrees to furnish the Union a list of newly hired employees, their addresses, classifications of work, their dates of hire, and similarly the names of terminated or reduced employees, together with their dates of termination, and the names of employees on leave of absence.

## ARTICLE IV
## MANAGEMENT RIGHTS

4.1    Except as in this Agreement otherwise specifically and expressly provided, the Employer retains the exclusive right to exercise its legal and customary functions of management including, inter alia: the right to hire, fire, (subject to the terms herein); to plan and direct operations; to lay off, in accordance with the seniority provisions hereof, to discipline or dismiss employees for just cause; to promulgate rules and regulations not inconsistent with the terms hereof; to improve efficiency; to determine general business practices and policies and in all respects, to carry out the ordinary and customary functions of management.

## ARTICLE V
## HIRING

5.1    Nothing herein shall restrict or prevent the Employer from hiring employees from any source, including from the Union, providing however, that there shall be no discrimination against any person because of their race, creed, color, national origin, age, sex, political belief, disability, sexual orientation, union membership or lack thereof.

5.2    When budget restrictions, backlogs or other unanticipated maintenance shortfalls occur, the Employer may hire a temporary part-time mechanic if the backlog cannot be reasonably corrected by overtime.  Such mechanic shall be employed on an as-needed, non-regular basis, shall have verified and appropriate bus maintenance experience and shall be a member of the Union.  He/she shall be paid at the straight-time rate of a Mechanic A or B based on experience.  He/she shall not be eligible for benefits or overtime pay.  If multiple events dictate, the District and union will meet to address this issue.

## ARTICLE VI
## SENIORITY

6.1    Seniority is defined as the total length of continuous service with the Employer from the date of last hiring.

6.2    Seniority shall be by classification. There shall be three classifications: bus drivers, ADA/Shuttle drivers, and mechanics.

6.3    Employees transferred between classifications:

(A)    Employees transferred between classifications shall be paid the 'higher rate', if the rate of the position the employee is transferring to, is higher than his/her current rate; if the classification the

{01509312.DOCX Ver. 1}

NTD00200

employee is being transferred to is lower than his/her rate, the employee will retain his/her rate for the time spent in the position.

(B)    No individual transfers shall be for more than six (6) months to cover positions for emergency, or for sickness, utilization of FMLA or vacation.

(C)    It is not the intent of this language to circumvent the basis of three (3) distinct classification seniorities, by continuing a rotation of employees to cover the openings.

6.4    Seniority shall govern for layoffs, recall, personal days, vacation, and shift preference.

6.5    Seniority by total length of service, as applied to classification shall govern except in the case of layoff when an employee who has worked in one classification and has the ability and the experience to work in the other classification may "bump" into that other classification if he/she has greater seniority than less senior employees in that other classification.

6.6    The President shall have super-seniority within his/her classification for all purposes governed by seniority. The Vice-President, Secretary, and Treasurer shall have super-seniority within classification in the event of a layoff.

6.7    Upon completion of the probationary period the employee will be credited with seniority from his/her date of hire.

6.8    All seniority rights shall be forfeited and employment immediately terminated if an employee:

(A)    leaves the Employer's employ of his/her own accord;

(B)    is discharged for cause;

(C)    is laid off for one (1) year or more, except that if (s)he has less than one (1) year's seniority (s)he shall retain recall rights after layoff for a period equal to his/her length of service. No new employee may be hired while any employee has recall rights under this section;

(D)    does not report to work or fails to notify the Employer of a reasonable excuse for his/her inability to report within five (5) working days after notice of recall by registered mail is delivered to the last address supplied by him/her. Disputes of "reasonable excuse" shall be subject to the grievance and arbitration procedure; or

(E)    is absent without notification for three (3) working days or more, without a reasonable excuse. Disputes of "reasonable excuse" shall be subject to the grievance and arbitration procedure.

6.9    The Employer agrees that in the event of a reduction in work force, it shall give the Union twenty (20) days advance notice of such layoff.

6.10    Rules for moving permanently to another classification in the bargaining unit:

(A)    When a full-time job in any bargaining unit classification becomes vacant the Employer will post a "bid sheet" for one week. The bid sheet will list a job description and requirements and the

{01509312.DOCX Ver. 1}

NTD00201

pay scale for the vacant position. Employees who meet the job requirements and who desire the position may sign the sheet to be considered for the job. The employee with the most seniority shall receive the position, unless in the Employer's reasonable judgment there exists another employee who has less seniority but a better work record.

(B)    For purposes of run pick and vacation pick employees who successfully bid on jobs shall have seniority of one day less than the last full-time employee in that classification or their actual seniority date whichever is lower.

(C)    For purposes of vacation, sick leave, and personal day accrual, seniority will be by date of hire.

(D)    Rates of pay for employees who move from the ADA/Shuttle classification to full time bus drivers shall move to full pay over a period of one (1) year as follows:

- Up to 6 months  -  80%
- 7 – 12 months   -  90%
- Thereafter      - 100%

6.11  Rules for moving permanently from full-time to part-time status within the same classification in the bargaining unit:

(A)    Unused vacation will follow the employee and be converted to PTO.

(B)    Unused personal time will remain separate and distinct from PTO until June 30th.  Personal time will not be paid out and will be lost after June 30th.

(C)    Sick leave will be held in a bank separately and distinct from PTO time and not eligible for use until such time the employee retires.  At retirement the rules of Article XII will be applied.  If the employee terminates prior to retirement the sick bank will be forfeited.  If an employee transfers back to full-time status, the sick leave bank will be made available for use after the probationary period.

(D)    For purposes of driver run picks, maintenance shift picks and vacation employees will maintain their current seniority date.

(E)    For purposes of PTO accrual, seniority will be by date of hire.


6.12  Rules for moving permanently from full-time to part-time status to a different classification in the bargaining unit:

(A)    Unused vacation will follow the employee and be converted to PTO.

(B)    Unused personal time will remain separate and distinct from PTO until June 30th.  Personal time will not be paid out and will be lost after June 30th.

(C)    Sick leave will be held in a bank separately and distinct from PTO time and not eligible for use until such time the employee retires.  At retirement the rules of Article XII will be applied.  If

{01509312.DOCX Ver. 1}

NTD00202

the employee terminates prior to retirement the sick bank will be forfeited. If an employee transfers back to full-time status, sick leave bank will be made available for use after the probationary period.

(D)   For purposes of driver run picks, maintenance shift picks and vacation employees who move from one classification to another shall have seniority of one day less than the last part-time employee in that classification or their actual seniority date whichever is lower.

(E)   For purposes of PTO accrual, seniority will be by date of hire.

(F)   Rates of pay for employees who move to a classification with a progression schedule will be subject to the rules of progression per section 6.10 (D).

6.13  Rules for moving permanently from part-time status to full-time status in the bargaining unit:
   (A)   Unused PTO will be converted to vacation to be used after the probationary period.

   (B)   Sick time will be governed by Article XII, Sick Leave.

   (C)   Personal leave will be governed by Article XIV, Personal Leave.

   (D)   For purposes of driver run picks, maintenance shift picks and vacation for employees who move from one classification to another shall have seniority of one day less than the last full-time employee in that classification or their actual seniority date whichever is lower.

   (E)   Employees that remain within the same classification for purposes of driver run picks, maintenance shift picks and vacation will maintain their current seniority date.

## ARTICLE VII
## PROBATION

7.1    All employees shall serve a probationary period of six (6) months from the date of their employment, except that part-time employees promoted to full-time status shall serve an additional thirty (30) day probationary period from the date of promotion. During all of such probationary period the Employer may terminate the employee for any reason and such action shall be subject to the grievance procedure but not to arbitration under the provisions of this Agreement Upon the conclusion of the probationary period an employee's length of service shall be dated as of his/her last date of hire. A probationary employee who is laid off shall have no right to recall under Article 6.8 (c).

7.2    All full-time probationary employees will receive regular employees' medical benefits after completing the waiting period prescribed by the Employer's Insurer.

7.3    Probationary employees shall receive the same holidays as regular employees and funeral leave on the same terms as regular employees. Probationary employees will not be entitled to take personal leave, vacation, sick leave or paid jury duty leave.

## ARTICLE VIII

{01509312.DOCX Ver. 1}

NTD00203

## HOURS OF WORK AND OVERTIME

8.1     The regular full-time work week shall be forty (40) hours per week. A regular work day shall consist of eight (8) hours, if the schedule calls for a five (5) day work week, or ten (10) hours, if the schedule calls for a four (4) day work week.  Sunday is excluded for all regular work week schedules for all fixed route and paratransit drivers, and shall be awarded through the part-time permanent and open bidding processes.

8.2     Should an employee be required to work more than forty (40) hours in any work week, (s)he shall be paid for such additional hours at the overtime rate of time and one-half his/her regular straight-time hourly rate of pay.

8.3     Should an employee be required to work more than eight (8) hours, if his/her schedule calls for a five (5) day work week, or ten (10) hours, if his/her schedule calls for a four (4) day work week, on any regular work day, (s)he shall be paid for such additional hours at the overtime rate of time and one-half his/her regular straight-time hourly rate of pay.  When a part-time employee holds a utility position and covers an entire run held by a full-time employee, the part-time employee will be paid for the run time in the same manner as the full-time employee.

8.4     Should an employee be required to work on the seventh day in any work week, (s)he shall be paid for such hours worked at the overtime rate of double his/her regular straight-time rate of pay.

8.5     Holidays, vacation days,  funeral leave days and personal leave days shall be included as time worked for the purpose of computing overtime.  Sick days shall not be included as time worked for the purposes of computing overtime.

8.6     There shall be no pyramiding of overtime, i.e. no hours shall be paid for twice at premium rates under any circumstances.

8.7     Overtime shall be distributed equitably to employees in the bus drivers, ADA / Shuttle drivers, and mechanics classifications separately and by seniority when practical and assignment being by skill level in the mechanic classification as appropriate.

Drivers

When it is determined that OT is required for last minute coverage, OT will be offered to the most senior available full time driver that is not scheduled to work, and shall continue by seniority until the opening is filled.  The list will remain in seniority order, and resume with the next most senior driver it left off at on the next open coverage for that particular day (wheel rotation).  Each day shall have its own wheel rotation set up.  The rotation will be posted and made available to the union upon request.  Last minute coverage is defined as same day and when there is no full or part-time utility driver ready and available to cover for the absence.

Mechanics

When it is determined that OT is required for last minute coverage, OT will be offered to the most senior available full time mechanic that is not scheduled to work and has the qualifications to perform the work. It shall continue to be offered by seniority until the opening is filled.  The list will remain in seniority order, and resume with the next most senior mechanic it left off at on the next available OT request (wheel rotation).  There shall be one rotation set up specifically for Holiday coverage, and one set up specifically

{01509312.DOCX Ver. 1}

NTD00204

for day to day OT, inclusive of weekend / Sunday coverage.

8.8   Should the Employer be required to call-in any full-time or part-time employee when (s)he: (a) was not scheduled to work, (b) had already gone home, or (c) had the day as a scheduled day off, such employee shall be given three (3) hours work at the appropriate rate.

8.9   Part-time employees shall be assigned work outside their regular schedule when regular full-time employees are not available for such assignments, or are absent due to sickness or other unexpected sudden emergency.  Part-time regular schedules are made through the permanent run pick bidding process.  Permanent part-time run picks will occur on the same schedule as full-time employees in accordance with Section 18.4.  In addition to the permanent scheduled run pick, a weekly open run pick will occur which will be available to part-timers outside of their permanent regular schedule or for part-timers that do not hold a regular permanent work assignment in accordance with Section 8.10 below.

8.10   Part time work assignment and posting.  Intent – to distribute non-permanent part time work each week equitably among part time drivers for both fixed route and paratransit work assignments up to a 25-hour weekly maximum.  Awards in excess of 25 hours will only be made after all part-timers have had an opportunity to select from the weekly open run pick and work remains unfilled.

(A)   On Monday of each week, no later than 2:00 pm, all available Fixed Route and Paratransit work for the following week will be posted in the driver's area for bidding purposes.  The work will be broken out into separate lists by classification.  Drivers must bid within their specified classifications and on the bid sheets posted weekly. Each classification list will be broken out by day with the following information listed for each piece:
(1) Posted job # (for bidding purposes)
(2) Route Name / #
(3) Start and end times for the piece of work
(4) Estimated total hours paid for the piece of work

(B)   Available work to be posted shall be inclusive of, but not limited to:
(1) Utility shift coverage
(2) Open routes due to prescheduled absences
(3) Open routes due to temporary vacancy

(C)   Available work shall be posted until Thursday 2:00 pm.  All work will then be removed, and a copy of the posting sheets and bidding sheets will be made and given to the Union as final lists.  In the event Thursday is a holiday, the run posting will remain posted until 2:00 pm of the next regular day.

(D)   All open work will be assigned by seniority, with the most senior driver awarded work not to exceed 25 weekly hours.  The 25-hour maximum is the cumulative hours through the permanent and/or open bid process.

(E)   Awarding will continue by seniority and then choice until all of the available work has been filled.

{01509312.DOCX Ver. 1}

NTD00205

(F)    If in the event that the list of bidders has been exhausted and work is still available, the list will rotate back to the top of the part-time seniority list, and the most senior qualifying driver who does not have any pre-awarded conflicting work, shall be awarded the work.

(G)  A final list of assigned work will be posted for the drivers in the driver's area each Friday for the following week.  A copy of the final posting will also be distributed to the Union steward representing drivers.

(H)   When regular full-time employees are absent due to personal, sickness or other unexpected sudden emergency (not same day, see section 8.7 - Drivers) after the final list of weekly assigned work is posted, uncovered work that arises will be offered to the most senior available part-time driver that is not scheduled to work a minimum of 25 hours at the time of the offer.  The offer of work shall continue by seniority until the opening is filled.  The list will remain in seniority order, and resume with the next most senior driver it left off at (wheel rotation).  The rotation will be posted and made available to the union upon request.  Open work that remains vacant on the same day it needs to be performed, will be offered to full-timers per section 8.7 – Drivers.

## ARTICLE IX
## WAGES

9.1    Bus Drivers wage rates shall be as follows on the dates specified:

|          |                |     |
|----------|----------------|-----|
| 7/1/2020 | $27.96 (0.0%)  | (1) |
| 7/1/2021 | $27.96 (0.0%)  | (2) |
| 7/1/2022 | $28.66 (2.5%)  | (3) |
| 7/1/2023 | $29.38 (2.5%)  | (4) |

(1) 3.5% lump sum bonus; not built into wages paid bi-annually
(2) 3.5% lump sum bonus; not built into wages paid bi-annually
(3) General wage increase
(4) General wage increase

New Hires:  The hourly rate for bus drivers employed after July 1, 2016 shall be the following percentage of the driver's rate:

- Date of hire to completion of 24 months  -  ADA rate
- 25 months through 36 months         -  85%
- 37 months through 48 months         -  95%
- Thereafter                          -  100%

9.1 (a)   **Driver Instructor**: A bus operator who assists and guides a student driver with proper operating techniques and procedures during the course of revenue service.  Driver instructors shall be allowed to express interest and are selected at the sole discretion of management and participation is voluntary.  An instructor wage of $1.00 per hour over the scheduled wage of the driver performing the instruction.

9.2    ADA/Shuttle Driver wage rates shall increase as follows:

{01509312.DOCX Ver. 1}

NTD00206

| 7/1/2020 | $21.52 (0.0%) | (1) |
| 7/1/2021 | $21.52 (0.0%) | (2) |
| 7/1/2022 | $22.06 (2.5%) | (3) |
| 7/1/2023 | $22.61 (2.5%) | (4) |

(1) 3.5% lump sum bonus; not built into wages paid bi-annually
(2) 3.5% lump sum bonus; not built into wages paid bi-annually
(3) General wage increase
(4) General wage increase

9.2 (a)   **Driver Instructor**: A bus operator who assists and guides a student driver with proper operating **techniques** and procedures during the course of revenue service.  Driver instructors shall be allowed to express interest and are selected at the sole discretion of management and participation is voluntary.  An instructor wage of $1.00 per hour over the scheduled wage of the driver performing the instruction.

9.3   The following job categories shall be part of the Maintenance classification:

MECHANIC A
Must be able to perform general bus maintenance work, including but not limited to brake jobs, unit replacement and body work and such other duties as may be assigned.

MECHANIC B
Must be able to perform general bus maintenance work under supervision and such other duties as may be assigned.

MECHANIC HELPER
Must be able to complete all work required on service line, assist mechanics, cleaning as required and such other duties as may be assigned.

BUS SERVICE ATTENDANT
Must be able to complete all work required on service line, cleaning as required and such other duties as may be assigned.

BUILDING MAINTENANCE/CLEANER MAINTAINER
Must be able to perform general cleaning, minor building repairs, probe farebox and such other duties as may be assigned.

CLEANER
Must be able to perform detailed bus/facilities cleaning and such other duties as may be assigned.

Nothing herein guarantees that each of these categories will be occupied at all times. A Mechanic or Helper who achieves the requisite qualifications for the next higher category may be promoted into that category depending on budgets and operational needs of the Employer.  If promoted the individual shall receive the appropriate wage rate for the position to which promoted. Any dispute regarding the achievement of the requisite qualifications shall be subject to the grievance and arbitration procedure.  Nothing herein prohibits someone from working in a lateral or lower classification.

{01509312.DOCX Ver. 1}

NTD00207

9.4     The wage rates for each of the above mechanic classifications shall increase as follows on the dates below specified:

| DATE | Mech. A | Mech. B | Mech Hlpr | *Service Attendant | Bldg Maint Clnr Mtnr | Clnr |
|------|---------|---------|-----------|--------------------|--------------------|------|
| 7/1/2020 | $32.71 | $31.05 | $28.86 | $26.71 | $23.49 | $18.22 (1) (0.0%) |
| 7/1/2021 | $32.71 | $31.05 | $28.86 | $26.71 | $23.49 | $18.22 (2) (0.0%) |
| 7/1/2022 | $33.53 | $31.83 | $29.58 | $27.38 | $24.08 | $18.68 (3) (2.5%) |
| 7/1/2023 | $34.37 | $32.63 | $30.32 | $28.06 | $24.68 | $19.15 (4) (2.5%) |

(1) 3.5% lump sum bonus; not built into wages paid bi-annually
(2) 3.5% lump sum bonus; not built into wages paid bi-annually
(3) General wage increase
(4) General wage increase

*Employees in the Mechanic Helper classification on June 30, 2017 will be moved to the **new** Service Attendant classification. They will be grandfathered in at their existing rates of pay.*

9.5     The senior Mechanic A on Saturdays, Sundays and Holidays shall serve as lead mechanic on those days when there is no senior management or a foreman on duty. The lead mechanic shall be responsible for assigning work and road calls and generally overseeing the work of the maintenance staff. The lead mechanic shall receive incremental pay of an additional $1.50 per hour for the hours worked in that capacity. When a Mechanic A is not available to serve as lead mechanic, the Maintenance Foreman shall designate the senior most qualified Mechanic B to serve as lead mechanic. The Mechanic B so designated shall receive incremental pay of an additional $1.50 per hour for the hours worked in that capacity.

9.6     All pay shall be by direct deposit. Employer shall provide a computer in a common space for use by employees to access ADP.

## ARTICLE X
## HOLIDAYS

10.1    The following shall be paid holidays for all employees covered by this Agreement:

New Year's Day
*President's Day (Washington's Birthday)
Rev. Martin Luther King, Jr. Birthday
*Good Friday
**Easter
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day
*Working Holiday          ** Holiday Pay only if worked

10.2   If a holiday falls on an employee's day off (s)he shall be entitled to his/her straight- time hourly rate of pay on that day for all hours regularly scheduled.

10.3    If an employee is required to work on a listed holiday, (s)he shall be paid time one-half his/her

{01509312.DOCX Ver. 1}

NTD00208

straight-time rate of pay for all hours worked plus holiday pay at his/her regular straight-time hourly rate for that day. Easter Sunday shall be worked by part-time drivers only, unless no part-time drivers are available.

10.4    An employee must work the scheduled day before and after the holiday to be eligible for holiday pay, unless he has a reasonable excuse.

10.5    Part-time employees who have worked 1,000 hours in the previous fiscal year will be eligible for holiday pay.  Part-time employees must work the scheduled day before and scheduled day after a holiday, with the exclusion of Sunday, in order to be eligible for holiday pay.  Part-time employees must also work twenty-five (25) hours during the week before, twenty (20) hours the week of and twenty-five (25) hours the week after the holiday to receive holiday pay.

10.6    NON-WORKING HOLIDAYS:
Part-time employees must meet the criteria of section 10.5 above to be eligible for (5) five hours straight time pay for the non-working holiday.

10.7    WORKING HOLIDAYS:
   a) Part-time employees who meet the criteria of section 10.5 above and work the holiday are eligible for time and one half his/her straight time rate of pay for hours worked plus (5) five hours straight time working holiday pay.
   b) Part-time employees who work the day of a working holiday but do not meet the eligibility criteria of section 10.5, shall only be paid time and one half their straight time pay for hours worked.
   c) Part-time employees who do not work the working holiday but meet the eligibility criteria of section 10.5, shall be entitled to 5 five hours of straight time pay for the holiday.

## ARTICLE XI
## VACATIONS

11.1    Vacations with pay shall be granted to all full-time employees each year as follows:

| | | | |
|---|---|---|---|
| Less than one year | up to 5 days* | equal to | up to 1 week* |
| after completion of I year after | 5 days | equal to | 1 week |
| completion of 2 years after | 10 days | equal to | 2 weeks |
| completion of 4 years after | 15 days | equal to | 3 weeks |
| completion of 15 years after | 17 days | equal to | 3 weeks and 2 days |
| completion of 16 years after | 18 days | equal to | 3 weeks and 3 days |
| completion of I7 years after | 19 days | equal to | 3 weeks and 4 days |
| completion of 18 years | 20 days | equal to | 4 weeks |

*Employees with less than one year of seniority do not begin to accrue vacation until two (2) months of service have been completed. After completing two (2) months of service, employees begin to accrue vacation days at the rate of one-half day for each month worked for the balance of the year until July 1. Four (4) day a week, ten hour a day employees, a half day will equal five hours. Five (5) day a week, 8 hour a day employees, a half day will equal 4 hours.

11.2    All employees shall have as their vacation eligibility date July 1.

11.3    Vacations should be taken in weekly blocks. Single vacation days must be taken with the approval

{01509312.DOCX Ver. 1}

NTD00209

of the Department Head based on operational needs.

11.4    Vacation periods shall be determined by a preference schedule based on seniority with the most senior employees having first preference. The Employer has the right to reasonably limit the number of employees on vacation at any one time. Posting of vacation schedules will be made annually during the month of January.

11.5    Holidays falling within an employee's vacation shall entitle the employee to an additional day of vacation taken in conjunction therewith or an additional day's pay at the rate of time and one-half his/her straight-time hourly rate, at the Employers option.

11.6    All part-time employees shall earn Paid-Time-Off (PTO) to be used for vacation or sick time off of a scheduled work day. The amount of PTO earned shall be the proportion of hours worked compared to the equivalent of a full-time employee (2080 hours per year), multiplied by the number of days granted per Section 11.1, plus an additional 25% of the calculated amount. PTO shall be accrued, used and/or paid as follows:

PTO will be accrued for use during the subsequent contract year. Any unused PTO may be carried over to the subsequent year or paid out as soon as practicable after July 1st with a written request submitted to the Payroll Department no later than June 30th. PTO may be combined with other pay hours up to a maximum weekly payout not to exceed 25 hours at the employees written request. A maximum of 300 hours may be carried over on a cumulative basis. Employees terminating employment are entitled to payout of PTO.

11.7    Vacation and PTO will be paid in the normal payroll cycle that it occurs.

11.8    Employees may voluntarily donate available vacation to another employee who is absent with a serious illness and has exhausted his/her sick leave. The donor recipient may receive up to a maximum of thirty (30) days per contract year. Administration of this provision shall be subject to such appropriate administrative procedures as the Company may require.

## ARTICLE XII
## SICK LEAVE

12.1    All full-time employees shall be credited with eight (8) days of sick leave for bona fide illness at the beginning of each contract year. New employees do not begin accruing sick leave until after completion of 680 hours of employment, then shall accrue a prorated amount up to eight (8) days of sick leave until July 1.

12.2    An employee shall not be entitled to sick pay unless the employee has notified the Employer of his/her illness forty-five (45) minutes prior to his/her reporting time on the day the employee is absent, unless the circumstances of the illness or accident are such as to make it impossible for the employee to notify the Employer in advance. Under these circumstances the employee must notify the Employer at the first available opportunity during the first day of illness.

12.3    Sick leave may be accrued to a maximum of eighty (80) days. There shall be no payment for unused sick leave.

12.4    Sick leave for part-time employees is covered under the Paid Time Off (PTO) provision in

{01509312.DOCX Ver. 1}

NTD00210

Section 11.6.

## ARTICLE XIII
## FUNERAL LEAVE

13.1    In the event of a death in a full-time employee's immediate family, which is defined as husband, wife, sister, brother, child, mother, father, mother-in-law and father-in-law, an employee shall have up to three (3) days off without loss of pay within a reasonable period from the date of death. In the event of the death of a grandparent, grandchild or great-grandchild of a full-time employee, the employee shall have one (1) day off without loss of pay within a reasonable period from the date of death.

## ARTICLE XIV
## PERSONAL LEAVE

14.1    Each post-probationary full-time employee shall receive three (3) days of paid personal leave each year. Employees must request their personal leave day in writing from the department head at least one week before the leave is to be taken. In an emergency, advance notice may be waived by the department head. Seniority shall govern in the event that more employees request a particular day as a personal day than business needs permit.

## ARTICLE XV
## UNPAID LEAVE OF ABSENCE

15.1    Leave of absence without pay may be granted for a maximum period of six (6) months for legitimate purposes. The request and approval shall be in writing and shall set forth the terminal date of the leave, which may be extended for up to six (6) months in writing. Such leaves of absence shall be at the discretion of the Chief Executive Officer (CEO). Leave for other employment shall not be grounds for a leave of absence.  For leaves of thirty (30) days or greater among maintenance staff, the Employer may fill the absented function with qualified temporary labor in accordance with Section 5.2.

15.2    An employee on unpaid leave will not be entitled to accrue vacation, holiday, personal or sick leave benefits and shall not receive insurance coverage during said leave unless the employee makes arrangements to pay for same. Seniority will not continue to accrue; however, an employee will retain his/her seniority as of the date the leave commences provided that the employee's return from unpaid leave is timely.

## ARTICLE XVI
## HEALTH AND INSURANCE BENEFITS

16.1    Effective and retroactive to July 1, 2020, all full-time employees that elect to participate in health and/or dental insurance shall contribute a premium cost share towards the cost of premiums for such insurance via payroll deduction as follows:
July 1, 2020: 14%
July 1, 2021: 14.5%
July 1, 2022: 15.5%
July 1, 2023: 16.5%

{01509312.DOCX Ver. 1}

NTD00211

16.2    The Employer shall provide health and dental insurance benefits in accordance with the prevailing provisions of the current health and dental insurance providers. Effective October 1, 2020, the provider for health insurance will be Blue Cross and Blue Shield (Anthem) and the provider for dental insurance is Cigna.  Both plans will be administered through the CT Partnership Plan 2.0.

In the event a tax is levied by the state, federal or local government on healthcare, the parties agree to reopen the contract solely for the purpose of tax responsibility and associated wages.

The Employer may change carriers at its discretion after giving thirty (30) days notice to the Union so long as the benefits are not less than those currently provided.

16.3    The Employer shall provide Life Insurance coverage to all full-time employees in the amount of $50,000 and Accidental Death and Dismemberment Insurance in the amount of $25,000.

16.4    The Employer shall provide Accident and Sickness Insurance to all full-time employees beginning on the first day of an accident and the eighth day of sickness and continuing for a maximum of twenty-six (26) weeks in the amount of $400.

16.5    The Employer shall reimburse all employees up to two hundred and fifty dollars ($250) every year on a calendar year basis for prescription contact lenses and/or prescription glasses upon presentation of a valid receipt.  This benefit is for the individual full-time employee only and cannot be used for family members.  Eye examinations will be paid through the health insurance plan for all full-time employees according to the provisions of the plan.

## ARTICLE XVII
## PENSION

17.1    The Employer shall contribute six percent (6%) of base wages to a pension fund for all eligible employees each year as soon as practicable after the calendar year ends. Employees shall contribute two percent (2%) of base wages.  Base wages is defined as up to 40 hours of pay and does not include overtime pay.  Eligibility is defined within the pension plan document.

17.2  The pension plan is a 401(k) Profit Sharing defined contribution plan. Effective February 3, 2017, the pension plan will be a 401(a) Profit Sharing defined contribution plan for government entities. Any voluntary contributions above the mandatory 2% shall be contributed to a 457(b) Deferred Compensation Plan. The Employee and Employer mandatory contributions shall be made to the 401(a) pension plan.

## ARTICLE XVIII
## MISCELLANEOUS BENEFITS

18.1    UNIFORMS: The Employer shall supply uniforms for use on the job only. All drivers shall receive $125 per each contract year cleaning allowance.  The employer shall reimburse employees in the mechanic classification up to one hundred and fifty dollars ($150) for industry-approved safety shoes each contract year.

18.2    JURY DUTY: A full-time employee required to serve on jury duty shall receive the difference

{01509312.DOCX Ver. 1}

NTD00212

between jury duty pay and his/her regular forty (40) hour week wages for up to four (4) weeks service per contract year, provided that (s)he submits his/her jury notice upon receipt. An employee on jury duty must return to work when (s)he is not serving on the jury or on-call on a scheduled work day. Employees must present evidence of hours actually served in order to receive the pay differential.

18.3    FREE USE OF BUS SERVICE: All employees shall be entitled to ride free on the Employers buses at all times. Whenever boarding a bus, employees who are not in uniform must show their Norwalk Transit District identification, in addition any former employee who has retired on or after July 1, 2016 with more than twenty (20) years of service shall receive free bus rides within the District for life. Retired identification must be shown, and annual photo identification is required.

18.4    Run picks shall be every four (4) months unless service reductions or enhancements require additional picks. Picks shall be made within twenty four (24) hours of notification.

18.5    A and B Mechanics shall be reimbursed each contract year up to $100 for tools upon presentation of a valid receipt and approval of their supervisor.

## ARTICLE XIX
## DISCIPLINE AND DISCHARGE

19.1    No employee shall be disciplined, suspended or discharged except for just cause. Any such discipline, suspension or discharge shall be subject to the grievance and arbitration procedure.

19.2    Effective as of the date of the ratification of this Agreement the damage amount set forth in the provision of the Rules and Regulations governing disciplinary action for Major Preventable Accidents shall be $4,000.

## ARTICLE XX
## GRIEVANCE AND ARBITRATION

20.1    Any difference or dispute concerning the meaning, interpretation, or application of this Agreement shall be considered a grievance.

20.2    All grievances shall be addressed in the following manner:

STEP #1:   The grievance shall first be presented to the Department Head by the employee and his/her Shop Steward.  Any grievance not brought within fourteen (14) calendar days of its occurrence or knowledge by the Union of its occurrence shall be deemed waived.

STEP #2:   If the grievance is not resolved at Step #1, it may be presented, in writing, by the employee and his/her Shop Steward to the Department Chief (Chief Operating Officer (COO), Chief Finance Officer (CFO), or Chief Logistics Officer (CLO)).  Any grievance not presented to the COO/CFO/CLO within fourteen (14) calendar days after it has been presented to the Department Chief shall be deemed waived.  A meeting between the COO/CFO/CLO and the employee, accompanied by his/her Shop Steward, shall be held within fourteen (14) calendar days.  In the event there is no satisfactory solution, the matter may be referred to Step #3.

STEP #3:   If the grievance is not resolved at Step #2, the grievance may be forwarded in writing to the

{01509312.DOCX Ver. 1}

NTD00213

Chief Executive Officer (CEO). Any grievance not presented to the CEO within fourteen (14) calendar days after the COO/CFO/CLO gives his/her written response shall be deemed waived. A meeting among the CEO, the employee and the Union Representative (Union President or Shop Steward) shall be held within fourteen (14) calendar days. In the event there is no satisfactory resolution, the matter may then be taken to arbitration.

20.3    The time limits contained in this Article may be extended by mutual consent of the Union and the Employer. Such agreement shall not be unreasonably withheld by either party.

20.4    ARBITRATION:    Any grievance which is not settled through the grievance procedure provided above may be submitted to the Connecticut State Board of Mediation and Arbitration under the rules providing for final and binding arbitration. Such submission must be within fourteen (14) calendar days after the response at Step #3.

20.5    The Union or the Employer may refer an unresolved grievance to arbitration.

20.6    The Arbitrator shall be limited to ruling on the interpretation or application or alleged breaches of the terms of this Agreement. The Arbitrator shall have no power to add to, subtract from, or modify any of the terms of this Agreement or any other agreements made supplementary thereto.

20.7    Any decision or award of the Arbitrator shall be final and binding upon both parties.

20.8    Arbitration shall be the sole and exclusive remedy for violation of this Agreement, except in the event of a breach of the No Strike-No Lockout clause hereof or the refusal of either party hereto to honor an arbitration award.

20.9    Regardless of the outcome of any matter submitted to arbitration, the cost of the Arbitrator shall be borne equally by the Employer and the Union. All other costs, such as witnesses and preparation for the arbitration, shall be borne by the respective parties.

20.10   Should a dispute arise in which the issue is not specifically covered by this Agreement, but is a mandatory subject of bargaining, the parties shall negotiate on a basis of the cooperative spirit of this Agreement, and if they cannot agree, shall submit the matter to arbitration and final determination in the matter as theretofore provided.

## ARTICLE XXI
## NO STRIKE/NO LOCKOUT

21.1    The Union agrees that neither it nor any officers or agents of the Union will directly or indirectly authorize any strike, stoppage of work, sit-down, mass absenteeism, sympathy strike or other interference with the operations of the Employer, and that any employee who participates in any such interruption of work in the Employers operations may be subject to immediate discipline. Any action taken by the Employer under this Section shall be subject to the grievance and arbitration procedure.

21.2    If any employee or group of employees violates the provisions of subparagraph 21.1 above, the Union immediately upon notice will notify such employee or employees that their action is in violation of this Agreement and order them to cease and desist from engaging in such activity. Such notice shall advise such employees that the Employer may discipline them and shall contain a definite direction by the Union to return to work. Good faith compliance with this procedure will divest the Union of any responsibility or liability as a result of the action.

{01509312.DOCX Ver. 1}

NTD00214

21.3    The Employer agrees not to conduct a lockout during the life of this Agreement. Any threat, either direct or indirect, regarding a proposed lockout shall void Sections 21.1 and 21.2. The Employer shall pay all wages and benefits for all time lost as a result of the lockout

21.4    The parties shall make a good faith effort to resolve the issues that may have provoked the stoppage of work immediately upon its occurrence.

## ARTICLE XXII
## MISCELLANEOUS

22.1    UNION VISITATION: Union representatives shall be given the right to enter the Employer's premises at reasonable times for the purpose of investigation of grievances and to investigate the performance of the provisions of this Agreement, provided that the Union representative first notifies management, and provided further, that the visits do not interfere with normal operations.

22.2    BULLETIN BOARD: The Employer shall provide a bulletin board for the exclusive use of the Union for posting official union business notices.

22.3    RULES COMMITTEE: A Rules Committee shall be established to review the present work rules and the penalties established for their violation. The Committee shall be comprised of a maximum of three (3) members of management and three (3) members of the bargaining unit. The Committee will present a recommendation to the Employer regarding any proposed changes in the work rules and their penalties. The Employer shall advise the Committee of any new work rule or any change in the existing work rule prior to its implementation. The Committee can review the new rule or the change and present its recommendation to the Employer.

22.4    PERSONNEL RECORDS: The Employer shall discard any documents in an employee's personnel file that is more than three (3) years old which is not of administrative necessity.

22.5    SAFETY COMMITTEE: The parties agree to form a safety committee which will consider safety issues as appropriate and will make non-binding recommendations to the CEO. The committee will consist of a minimum of three (3) Union representatives and three (3) Administrative representatives.

22.6    The Employer recognizes the right of the Union to appoint one (1) steward from each of the three (3) classifications listed (Bus Drivers, ADA/Shuttle, Maintenance) in this Agreement to handle such union business as may be delegated to him/her by the Union. One (1) Steward or (1) Local Officer, without loss of pay, may process and represent a grievant at Steps 1, 2, and 3 of the grievance procedure at mutually convenient times which will not interfere with the operation of the Employer's business; and one (1) Local Officer, without loss of pay, may represent a grievant at Step 4 of the procedure. It is agreed that no steward or officer has the authority to take any action which may violate the terms of this Agreement or otherwise impede or interfere with the Employer's business operations.   Grievance processing shall be done by appointment at each level. Union business other than grievance processing may be done on company time only with the approval of the CEO.   In all cases, the first-line supervisor of the grievant and the union official shall be notified in advance of the time to be spent away from the work place.

22.7    It is agreed that the Union may designate three (3) employees to participate as members of the Union negotiating committee and that said named employees shall be relieved of duty without loss of pay

{01509312.DOCX Ver. 1}

NTD00215

to attend negotiating sessions.

22.8    The Employer agrees to grant two (2) officers of the Local Chapter, no more than three (3) days off with pay in any fiscal year to attend the Connecticut Legislative Session in Hartford to participate in a union organized program to promote the best interests of public transportation in the state, in addition to labor training or conventions with written proof of attendance.

22.9    Four (4) parking spaces in the close vicinity of the transportation hub shall be designated for Norwalk Transit District drivers.

## ARTICLE XXIII
## SEPARABILITY

23.1    Should any part of this Agreement be construed, by appropriate authority or by mutual agreement, to be in conflict with any state, federal law or executive order, the same shall be rendered null and void to the extent that they are so in conflict and, where applicable, the state, federal law or executive order shall prevail, provided however, that this shall not affect the remainder of the Agreement or any other provision hereof.

## ARTICLE XXIV
## WAIVER

24.1    This will confirm that, during the negotiations which resulted in this Agreement, both the Employer and the Union had the unlimited right and opportunity to make demands and proposals with respect thereto; and that the understandings and agreements arrived at by the parties, after the exercise of that right and opportunity, are set forth fully in this Agreement. Accordingly, both the Employer and the Union, for the term of this Agreement each voluntarily and unqualifiedly waives the right, and each agrees that the other shall not be obliged to bargain collectively with respect to any subject or matter not covered by this Agreement, except as provided for in the Connecticut Labor Relations Act. However, nothing contained herein shall prevent the parties from mutually agreeing on a voluntary basis, with any proposals or suggestions of the other.

## ARTICLE XXV
## DURATION

Except as otherwise specifically provided herein, this Agreement shall be effective as of July 1, 2020 and shall continue in full force and effect without reopening of any kind, until June 30, 2024, provided it shall continue thereafter from year to year unless either party gives notice by registered mail to the other not less than sixty (60) days prior to the expiration of this Agreement or of the yearly anniversary thereafter, of its desire to modify or terminate this Agreement.

IN WITNESS WHEREOF, the parties hereto have set their hands this 4th day of November, 2021.

FOR THE NORWALK TRANSIT DISTRICT

{01509312.DOCX Ver. 1}

NTD00216

Kimberlee A. Morton, Chief Executive Officer

FOR LOCAL 1303-186, COUNCIL #4
AMERICAN FEDERATION OF STATE,
COUNTY & MUNICIPAL EMPLOYEES (AFL-CIO)

Erick Salomon, President Local 1303-186
Council #4 AFSCME (AFL-CIO)

Chuck Paris, Staff Representative
Council #4 AFSCME (AFL-CIO)

{01509312.DOCX Ver. 1}

NTD00217

# EXHIBIT F

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STANLEY A. CAVIENSS** | **CIV ACTION NO.:  3:21-CV-01694-MPS** |
| **Plaintiff,** | |
| **v.** | |
| **NORWALK TRANSIT DISTRICT and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO** | **JANUARY 14, 2025** |
| **Defendants.** | |

## <u>NOTICE OF MANUAL FILING WITH THE COURT</u>

The Defendants, Norwalk Transit and Norwalk Transit District, hereby give notice that they will manually file Exhibit F to Exhibit E in support of their motion for summary judgment with the Court.  This exhibit, consisting of two files of video footage of the Plaintiff's encounter with a bicyclist while operating Norwalk Transit District Bus #238 on November 15, 2021, cannot be electronically filed, and therefore will be filed manually. The Defendants previously provided copies of the video files to the Plaintiff and will provide the files to him again, along with the other materials filed as part of the Defendants' motion for summary judgment.

DEFENDANTS,
NORWALK TRANSIT AND NORWALK
TRANSIT DISTRICT


By:_____/s/_____
    Jonathan C. Zellner, Esq.(ct29294)
    Ryan Ryan Deluca LLP
    1000 Lafayette Blvd., Suite 800
    Bridgeport, CT 06604
    Phone: 203-549-6650
    Facsimile: 203-549-6655
    jczellner@ryandelucalaw.com


## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


____/s/_____
Jonathan C. Zellner, Esq.

# EXHIBIT G



Commissioners  Andrew A. Glickson, Esq., Alice McQuaid, Esq.
Chief Executive Officer Kimberlee A. Morton
Chief Operating Officer Francis R. Murray
275 Wilson Avenue, Norwalk, CT 06854
Tel: (203) 852-0000        Fax: (203) 299-5166
www.norwalktransit.com

11/15/2021

Stanley Caveinss
131 East Prospect Street
Mt Vernon NY 10550

This letter will serve as documentation in regards to your incident on 11/15/2021

As you are aware, you were involved in an incident.  Part of our fact finding process included confrontation with the bicyclist, review of your initial statement, and review of the video available via the camera system on the vehicle- 238.

**After this review is was determined you were in violations of the following disciplinary codes:**
**#-31 careless or reckless operation—1st offense 3 day suspension**
**#-36- disobeying traffic regulations-----1st offense written warning**
**#37a-discourteous or rudeness----------- 1st offense written warning**

Because of the significance of the issue, we are providing you with an opportunity to appear at our internal investigatory hearing on this matter.  This meeting will be conducted on Wednesday, November 17th 2021 at the offices of the Norwalk Transit District at 11:30am.  At this meeting you will be given an opportunity to explain and defend your actions as they relate to the incident.  You are entitled to bring Union representation with you for the meeting if you choose.

At the conclusion of the meeting, the District will assess all relevant and appropriate information and make a final determination as to the extent of the discipline, which will range from a 3-day suspension up to and including termination.

Regards,

Derrick Clements
OperationsSupervisor
Norwalk Transit District

# EXHIBIT H

**From:** Jennifer Flores ███████████████
**Sent:** Monday, November 22, 2021 2:16 PM
**To:** Jennifer Flores
**Subject:** Stanley Text Messages



NTD00540



2:13

**SC**

Stanley C ›

thanks alot I have other skill set I will use it .and all that's good to know this diffently wasn't the plan from time time if need I will give u heads up that company I applied for will be contacting u I put Jason as my supervisor not D I work under him more anyway and again appreciate the opportunity you gave me .

Gn thanks again Jen

Thursday 1:30 PM

They let me.go yesterday. Andy and Derek I return all items and yes I thought I would get another chance my union rep was also not any help so yah I really had the video looks horrible but my witness herd he cursing me first I curse back and yes here we are I'm unemployed I just really sorry ...about the hole thing

I honestly felt he didn't here me that's why I didn't call it in I was talking out frustration

Text Message

2



NTD00542



2:13

Stanley C

Abstract   PubMed   PMID

Full text linksCite

Abstract

Patients with Gilles de la Tourette syndrome (GTS) can display socially inappropriate behaviors as part of their multiform tic phenomenology. Pathological laughter (PL), defined as the presence of episodic and contextually inappropriate outbursts of laughter, has been detailed as a symptom of various psychiatric and neurological conditions. We present a case series of eight subjects diagnosed with GTS who reported PL as part of their tic repertoire. All subjects experienced PL as a simple phonic tic, accompanied by characteristic premonitory urges and significant impairment in social interactions. In addition, all patients presented with multiple tic-related symptoms (mainly

Text Message

NTD00543



tic-related symptoms (mainly self-injurious behaviors and echolalia, n = 7; palilalia, n = 6; coprolalia/mental coprolalia, n = 5), and six patients had comorbid conditions (in particular obsessive-compulsive disorder/behaviors, n = 7; attention-deficit hyperactivity disorder, n = 4). We suggest that the pathophysiological mechanisms underlying the expression of PL as a tic could involve a dissociation between frontostriatal and limbic networks.

Minds is reacted when I'm made nervous

Friday 7:46 AM

Is this something that can possible explain getting me back reinstated If I supply proof

Like form my Psychiatrist Richard Cutler

NTD00544



NTD00545



NTD00546

**From:**      Jennifer Flores █████████████████
**Sent:**      Tuesday, November 23, 2021 5:16 PM
**To:**        Jennifer Flores
**Subject:**   Stanley Texts Continued



NTD00547



NTD00548